UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY DENNIS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIBER HOME LOANS, INC.; SUMMIT MANAGEMENT COMPANY, LLC; VOLT 2013 NPL2-GROUP 5; U.S. BANK TRUST, N.A.; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN AND TO THE REAL PROPERTY KNOWN AS "1955 W. 65th Street, Los Angeles CA 90047" APN 6016-006-029; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-04296 CAS (AGRx)<br><br>**[PROPOSED]** JUDGMENT<br><br><br>Courtroom: 5<br>Judge:　　Hon. Christina A. Snyder |

　　Following this Court's January 6, 2017 order granting defendants CALIBER HOME LOANS, INC. ("Caliber") and SUMMIT MANAGEMENT COMPANY, LLC ("Summit") (together "Defendants")　Motion to Dismiss the Second Amended

/ / /

/ / /

134404035.1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　[PROPOSED] JUDGMENT

Complaint of Plaintiff BEVERLY DENNIS ("Plaintiff"), the Court hereby enters judgment as follows:

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Caliber and Summit are dismissed from the action with prejudice.
2. Judgment is entered in favor of Caliber and Summit and against Plaintiff.
3. Plaintiff shall take nothing as against Caliber and Summit.
4. Caliber and Summit may recover allowable costs and disbursements as the prevailing parties in this action in an amount to be determined by the Court.

IT IS SO ORDERED.

Dated: February 10, 2017    By: _____
Honorable Christina A. Snyder
United States District Judge